[No. 4515–II.   Division Two.   November 14, 1980.]

KENNETH BUCKLES, ET AL, *Respondents,* v. JOHN R. WORL, ET AL, *Appellants,* MERTON J. JORVE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 847331, Barbara Durham, J., entered July 6, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 8010–5–I.   Division One.   November 17, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK J. LEMKE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. J–88639, Jerome M. Johnson, J., entered August 28, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 7647–7–I.   Division One.   November 17, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DENZER LAVONNE DE'ARLIEVERIA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89160, Frank J. Eberharter, J., entered April 26, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.

[No. 8330–9–I.   Division One.   November 17, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY MACKEY, *Appellant.*

An opinion filed November 17, 1980, was withdrawn by an order of the Court of Appeals dated December 16, 1980.